## NOTICE TO COUNSEL

Before proceeding with the scheduled motions hearing in this case, the Court directs counsel for the parties to answer the following inquires.

1. Have all of your pretrial motions been satisfied or otherwise resolved? __yes__

2. Please list any unresolved motions which required a ruling by the court and indicate whether argument is requested and/or whether an evidentiary hearing is required. **Any motion which is not listed will be dismissed as moot.**

3. If a hearing is not required, please indicate so and return.

| | **Nature of Motion** | **Argument Requested** | **Evidentiary Hearing Required** |
|---|---|---|---|
| (1) | | | |
| (2) | | | |
| (3) | | | |
| (4) | | | |
| (5) | | | |
| (6) | | | |
| (7) | | | |
| (8) | | | |
| (9) | | | |
| (10) | | | |
| (11) | | | |
| (12) | | | |

_____  
Signature of Attorney

__CALEB ANDERSON__  
Counsel for:

**USA v. Caleb James Anderson, 2:18cr41**

**BY DIRECTION OF THE COURT: E-FILE** this document on or before noon, __November 26, 2018__

**Kim Mixon**
**Courtroom Deputy Clerk**
**801 Gloucester Street**
**Brunswick, Georgia 31521**