**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | CASE NO.: 2:18-cr-41 |
| CALEB JAMES ANDERSON, | |
| Defendant. | |

**O R D E R**

On December 10, 2018, counsel for Defendant filed a Notice to Counsel Response. (Doc. 107). In that Notice, counsel for Defendant advised the Court that all pretrial motions filed in this case as to Defendant Caleb James Anderson have been resolved.

Accordingly, the Court **DISMISSES AS MOOT** all motions, (docs. 72-93), as to Defendant Caleb James Anderson. Additionally, the Motions Hearing that is currently set for December 17, 2018, as to Defendant Caleb James Anderson, is hereby **CANCELLED**.

**SO ORDERED**, this 12th day of December, 2018.

BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA